[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 24, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-11090
Non-Argument Calendar

_____

D. C. Docket No. 04-20214-CR-JEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAIME ARTURO TORRES-OCHOA,
a.k.a. Jimmy,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(August 24, 2006)**

Before TJOFLAT, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Mauricio L. Aldazabal, counsel for Jaime Arturo Torres-Ochoa in this direct

criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ochoa's convictions and sentences are **AFFIRMED**.